## GARCIA v. STATE.

### No. 20073.

Court of Criminal Appeals of Texas.

Jan. 4, 1939.

E. P. Lipscomb, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Drunkenness in a public place is the offense; penalty assessed at a fine of $100.

The complaint and information appear regular. The record is before us without statement of facts or bills of exception.

No error having been perceived, the judgment is affirmed.